```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STATE NATIONAL INSURANCE COMPANY,   :
WC 28 REALTY, LLC, and PIZZAROTTI   :
IBC LLC,                            :
                                    :
              Plaintiffs,           :
                                    :      21-cv-2634 (JSR)
         -v-                        :
                                    :      ORDER
                                    :
STATE FARM FIRE AND CASUALTY        :
COMPANY,                            :
                                    :
                                    :
              Defendant.            :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The parties in this case have informed the Court that they have reached a settlement. Accordingly, and with the consent of the parties, the case is hereby dismissed without prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED

Dated:   New York, NY
         May 24, 2021

_____
JED S. RAKOFF, U.S.D.J.